```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOTEL AIRPORT SHUTTLE. COM, LLC, eta al. <br><br> Defendant. | NO. C 03 2610 CW (JCS) <br><br> <u>ORDER OF EXAMINATION</u> |

To: Gary Bauer
    Hotel Airport Shuttle. Com, LLC., Judgment Debtor
    Pier 27, The Embarcadero
    San Francisco, CA 94111

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>September 15, 2006</u> at <u>9:30 a.m.</u> at <u>Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102</u>, before the Magistrate Judge Joseph C. Spero then and there to be examined on oath concerning your property or other matters material to the proceedings.

<u>ORDER OF EXAMINATION</u>                1

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles owned by debtor within the last twelve months;

2. All lists and schedules of rented, leased and owned by debtor in the last twelve months;

3. Copies of all contracts for shuttle services wherein debtor is or was a party;

4. Annual Financial Statement for 2005 and all monthly financial statements 2006;

5. Federal tax returns for the last three years;

6. All bank statements, deposit slips and canceled checks for all accounts for 2006 to date;

7. The last tax return filed with the Franchise Tax Board;

8. All accounts receivable lists generated by the Company from October 2005 to date;

9. Cash Disbursement Journals for 2006 to date;

10. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

11. All documents related to any completed, pending or failed sale of substantially all routes, vehicles or other corporate assets during the last twelve months.

12. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

////
////
////
////

ORDER OF EXAMINATION            2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.
6  Dated: July 25, 2006

7  _____
8  Magistrate Judge Joseph C. Spero

ORDER OF EXAMINATION                    3