1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13
   BOARD OF TRUSTEES OF THE SAN MATEO )   NO. C 03 2610 CW (JCS)
14 HOTEL EMPLOYEES AND RESTAURANT      )
   EMPLOYEES WELFARE AND PENSION FUNDS)
15 MATTHEW MULLANY, TRUSTEE,           )
                                       )
16                 Plaintiffs,         )   AMENDED
                                       )   ORDER OF EXAMINATION
17          vs.                        )
                                       )
18 HOTEL AIRPORT SHUTTLE. COM, LLC,    )
   eta al.                             )
19                                     )
                                       )
20                 Defendant.          )
   _____)
21
   To:  Gary Bauer
22      Hotel Airport Shuttle. Com, LLC., Judgment Debtor
        Pier 27, The Embarcadero
23      San Francisco, CA 94111

24          You the above named judgment debtor ARE HEREBY ORDERED to

25 appear personally on September 15, 2006  at 9:30 a.m. at Courtroom A,

26 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before

27 the Magistrate Judge Joseph C. Spero then and there to be examined on

28 oath concerning your property or other matters material to the

        AMENDED ORDER OF EXAMINATION            1

1  proceedings.

2  You are ordered to bring with you the following documents:

3  1. Title documents to all equipment and vehicles owned by

4  debtor within the last twelve months;

5  2. All lists and schedules of rented, leased and owned by

6  debtor in the last twelve months;

7  3.  Copies of all contracts for shuttle services wherein

8  debtor is or was a party;

9  4.  Annual Financial Statement for 2005 and all monthly

10  financial statements 2006;

11  5.  Federal tax returns for the last three years;

12  6.  All bank statements, deposit slips and canceled checks

13  for all accounts for 2006 to date;

14  7.  The last tax return filed with the Franchise Tax Board;

15  8.  All accounts receivable lists generated by the Company

16  from October 2005 to date;

17  9.  Cash Disbursement Journals for 2006 to date;

18  10.  All documents related to any loans to debtor or by

19  debtor by any present or former shareholders, officers or employees

20  of debtor;

21  11.  All documents related to any completed, pending or

22  failed sale of substantially all routes, vehicles or other corporate

23  assets during the last twelve months.

24  12.  All personal guarantees made by any officer, agent or

25  shareholder for the benefit of debtor.

26  ////

27  ////

28  ////

AMENDED ORDER OF EXAMINATION                    2

1          NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE

2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

5  JUDGMENT CREDITOR IN THIS PROCEEDING.

6  Dated:_____July 27, 2006_____

7  _____

8  Magistrate                          Spero

Judge Joseph C. Spero

AMENDED ORDER OF EXAMINATION                    3