```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.<br><br>         Plaintiffs,<br><br>     vs.<br>HOTEL AIRPORT SHUTTLE. COM, LLC,<br>et al.<br><br>         Defendant. | NO.  C 03 2610 CW (JCS)<br><br>REQUEST FOR CONTINUANCE<br>OF ORDER OF EXAMINATION |

Defendant having agreed to submit a new settlement proposal and plaintiff's counsel needing time to pull the trustees concerning same, it is requested that the Order of Examination of Gary Bauer be continued from September 15, 2006 to October 27, 2006 at 9:30 a.m. Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Respectfully submitted.

Date:     September 13, 2006          ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION

Dated: Sept. 15, 2006                 By: _____
                                          Michael J. Carroll
                                          Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Joseph C. Spero

REQUEST FOR CONTINUANCE OF ORDER OF EXAMINATION                        1